IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| KATHRYN SISSLER, | ) | Cause No. CV 05-98-M-DWM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF MONTANA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

United States Magistrate Leif B. Erickson entered Findings and Recommendation in this matter on May 24, 2006. Kathryn Sissler did not file objections and is therefore not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Erickson concluded that Sissler's Petition for Writ of Habeas Corpus should be denied.

-2-

I find no clear error in Judge Erickson's Findings and Recommendation (dkt #3) and I adopt them in full.  Plaintiff's Petition for Writ of Habeas Corpus (dkt #1) is DENIED.

DATED this 23rd day of August, 2006.

_____
DONALD W. MOLLOY, Chief Judge
United States District Court